**HARRIS COUNTY SHERIFF'S OFFICE JAIL**
Name: ANTONIO BELLAMY
SPN: 02751525   Cell: 3E2B
Street 1200 BAKER ST.
HOUSTON, TEXAS 77002

aramark

**INDIGENT**

United States Courts
Southern District of Texas
FILED
APR 17 2020
David J. Bradley, Clerk of Court



U.S. POSTAGE
ZIP 77002
02 4W
0000368784

U.S. DISTRICT CLERK
DAVID J. BRADLEY
P.O. BOX 61010
HOUSTON, TEXAS
77208

7720861010 B001